FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2014

No. 04-14-00201-CV

**IN RE** Sandra **IKENAGA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

On March 27, 2014, relator filed a petition for writ of mandamus and motion for emergency relief. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on March 27th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011PC04330, styled *Estate of Jack Hiromi Ikenaga Sr., Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable David Peeples presiding.